# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

March 31, 2017

Lyle W. Cayce
Clerk

No. 15-60703
Summary Calendar

FERNANDO ALAMEDA-RODRIGUEZ, also known as Fernando A. Rodriguez,

Petitioner

v.

JEFFERSON B. SESSIONS, III, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A084 817 063

Before BENAVIDES, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Fernando Alameda-Rodriguez petitions for review of the Board of Immigration Appeals' (BIA's) decision denying his application pursuant to 8 U.S.C. § 1229b(b) for cancellation of removal on discretionary hardship grounds. Alameda-Rodriguez argues that the immigration judge, and in turn the BIA, erred in failing to consider the hardship that both of his children

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-60703

would suffer if he were removed from the United States. He contends that the hardship of his son was not considered at all. However, he did not raise this claim before the BIA. Accordingly, Alameda-Rodriguez failed to exhaust his administrative remedies, and the claim is not considered. *See Wang v. Ashcroft*, 260 F.3d 448, 452-53 (5th Cir. 2001). Because we lack jurisdiction to review unexhausted claims, *see Townsend v. INS*, 799 F.2d 179, 181 (5th Cir. 1986), the petition is dismissed.

DISMISSED.